**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| George Gatlin, | ) | |
|               Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07 C 7212 |
| P.O. A. Criscione, Star #16195, | ) | |
| P.O. S. Mulkerrin, Star # 17071, | ) | |
| Anthony Caputo, individually, and | ) | |
| The City of Chicago, S&H Towing, | ) | |
| and Bill Kay Chrysler, | ) | |
|               Defendants. | ) | |

**NOTICE OF FILING**

To:    Edward M. Fox
        Ed Fox & Associates
        300 W. Adams, Suite 330
        Chicago, Illinois  60606

        **PLEASE TAKE NOTICE** that on January 21, 2008 I electronically filed the attached **Appearance**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

                              Bill Kay Chrysler, Inc.,
                               Defendant,

                            By:    S/James H. Whalen
                                     One of its Attorneys

James H. Whalen
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois 60606
(312) 377-4450

## CERTIFICATE OF SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

I, James H. Whalen, an attorney, duly sworn on oath, state that I caused the service of the above-referenced document(s) electronically using the Electronic Case Filing system for the United States District Court for the Northern District of Illinois on January 21, 2008.

S/James H. Whalen