**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| George Gatlin,    ) | |
|        Plaintiff,    ) | |
|        ) | |
| v.    ) | |
|        ) | No. 07 C 7212 |
| P.O. A. Criscione, Star #16195,    ) | |
| P.O. S. Mulkerrin, Star # 17071,    ) | |
| Anthony Caputo, individually, and    ) | |
| The City of Chicago, S&H Towing,    ) | |
| and Bill Kay Chrysler,    ) | |
|        Defendants.    ) | |

**NOTICE OF FILING**

To:    Edward M. Fox
          Ed Fox & Associates
          300 W. Adams, Suite 330
          Chicago, Illinois  60606

       **PLEASE TAKE NOTICE** that on January 21, 2008 I electronically filed the attached **Appearance**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

                                        Bill Kay Chrysler, Inc.,
                                          Defendant,


                                        By:    S/John C. Eggert
                                                One of its Attorneys

John C. Eggert
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois 60606
(312) 377-4450

**CERTIFICATE OF SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

    I, James H. Whalen, an attorney, duly sworn on oath, state that I caused the service of the above-referenced document(s) electronically using the Electronic Case Filing system for the United States District Court for the Northern District of Illinois on January 21, 2008.

                                                    S/James H. Whalen