# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| George Gatlin,<br>                Plaintiff,<br><br>v.<br><br>P.O. A. Criscione, Star #16195,<br>P.O. S. Mulkerrin, Star # 17071,<br>Anthony Caputo, individually, and<br>The City of Chicago, S&H Towing,<br>and Bill Kay Chrysler,<br>                Defendants. | )<br>)<br>)<br>)<br>)   No. 07 C 7212<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:    Edward M. Fox
          Ed Fox & Associates
          300 W. Adams, Suite 330
          Chicago, Illinois  60606

      On  January 31, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan Humphrey Lefkow, or any judge sitting in her stead, in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Stay and Compel Arbitration.

                                                Bill Kay Chrylser,
                                                  Defendant,


                                                   By:  s/ Stuart D. Gordon
                                                   One of its Attorneys


Stuart D. Gordon
James H. Whalen
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois 60606
(312) 377-4450

**CERTIFICATE OF SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

      I, James H. Whalen, an attorney, duly sworn on oath, state that I caused the service of the above-referenced document(s) electronically using the Electronic Case Filing system for the United States District Court for the Northern District of Illinois on January 21, 2008.

                                                S/James H. Whalen