UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: Number   07 C 7212 |
|---|---|
| GEORGE GATLIN  Plaintiff,       Honorable Judge Lefkow | |
| v. | |
| CITY OF CHICAGO et at., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
  PO Adam Criscione and PO Sean Mulkerrin

| SIGNATURE  /S/ TIFFANY Y. HARRIS |
|---|
| FIRM   City of Chicago, Corporation Counsel |
| STREET ADDRESS   30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP   Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6238533 | TELEPHONE NUMBER  312.744.2837 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES x   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO | |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES  X    NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL    APPOINTED COUNSEL