IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **GEORGE GATLIN** | ) | NO. 07 C 7212 |
| | ) | |
| **Plaintiff,** | ) | Judge Lefkow |
| v. | ) | |
| | ) | |
| **CITY OF CHICAGO, et.al.,** | ) | |
| **Defendants.** | | |

### MOTION FOR EXTENSION OF TIME

NOW COME the Defendants, Officer Adam Criscione and Officer Sean Mulkerrin by and through their attorney, Tiffany Y. Harris, Assistant Corporation Counsel, for their motion for an extension of time and offer in support thereof:

1. This suit was filed on December 21, 2007.

2. Waivers were issued to Officers Criscione and Mulkerrin on January 2, 2008.

3. The waivers were due on February 2, 2008.

4. Counsel for Officers Criscione and Mulkerrin just received notification of this lawsuit and filed an appearance on February 8, 2008.

5. Counsel for Officers Criscione and Mulkerrin attempted to contact her clients and learned they are unavailable and on furlough through the end of February and will not be able to come in to discuss the facts of this lawsuit or provide counsel with any information until March 6, 2008.

6. Counsel for Officers Criscione and Mulkerrin is unable to answer the complaint because she has not been able to discuss this matter with her clients.

7. Counsel for Officers Criscione and Mulkerrin would like to request an extension

fo file their answer to the Plaintiff's complaint until March 14, 2008.

8. This motion is not being brought for the purposes of delay.

9. The plaintiff will not be prejudiced by a short continuance in this matter for the Officers to answer the complaint.

WHEREFORE, Officers Criscione and Mulkerrin respectfully request this Honorable Court for an extension to answer the complaint of the plaintiff to the date of March 14, 2008.

Respectfully submitted,

_____/s/ Tiffany Y. Harris_____

TIFFANY Y. HARRIS

Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400

CHICAGO, ILLINOIS

60602 (312) 744-5890

ATTORNEY . 6238533

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, February 8, 2008 I electronically filed **Notice of Motion - Defendant Officers Motion For Extension of Time** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all attorneys of record in this case.

　　　　　　　　　　　　　　　　　　　　　　/s/Tiffany Y. Harris

　　　　　　　　　　　　　　　　　　　　　　TIFFANY Y. HARRIS

30 No. LaSalle Street

Suite 1400 Chicago,

IL 60602 (312)

744-5890

Atty. No. 6238533

Tiffany.Harris@cityofchicago.or

g