IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **GEORGE GATLIN** | ) | **NO. 07 C 7212** |
| | ) | |
| **Plaintiff,** | ) | Judge Lefkow |
| v. | ) | |
| | ) | |
| **CITY OF CHICAGO, et.al.,** | ) | |
| | ) | |
| **Defendants.** | | |

### NOTICE OF MOTION

To:  Leslie McCoy
Ed Fox & Associates
300 West Adams Suite 330

Chicago, IL 60606


**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS MOTION FOR EXTENSION OF TIME.**

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Lefkow, on or before such other Judge sitting in his place or stead, on Thursday, February 21, 2008 **at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1925** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.


**DATED** at Chicago, Illinois February 8, 2008.


Respectfully submitted,

*/s/ Tiffany Y. Harris*
TIFFANY Y. HARRIS Assistant Corporation
Counsel 30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602 (312) 744-5890
ATTORNEY . 6238533

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, February 8, 2008 I electronically filed **Notice of Filing - Defendant Officers Motion For Extension of Time** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all attorneys of record in this case.

                                        */s/Tiffany Y. Harris*
                                        TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400 Chicago,
IL 60602 (312)
744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org