33 (6/06)

# IT APPLICATION

[X] Standard Retail [ ] Lease
[ ] Fixed Value

DEALERSHIP NAME: BILL KAY CHRYSLER

these directions E completing plication

- If applying for individual credit in your own name and relying only on your own income or assets for repayment of the credit requested, complete Section B.
- If applying for joint credit with another person, complete Sections B and C.
  We intend to apply for joint credit. ______ APPLICANT ______ CO-APPLICANT
- If applying for individual credit, but are relying on income from alimony, child support, separate maintenance or on the income or assets of another person as the basis for repayment of the credit requested, complete Section B and provide information in Section C about the other person.
- Wisconsin residents must complete Section D.

## TION A: VEHICLE

| Field | Entry |
|---|---|
| [ ] AUCTION VEHICLE | |
| MILEAGE | 18K |
| VEHICLE IDENTIFICATION NO. | 2C3KA53G86H458101 |
| MAKE | CHRYSLER |
| MODEL | 300 TOURING |
| ENGINE | |
| [✓] P.S./P.B. LIST OTHER EQUIP. | Anti, Roof, Alum. |

| Trade-In | |
|---|---|
| YR. / MAKE / MODEL / ENGINE | N/T |
| MILEAGE | |
| [ ] P.S./P.B. LIST OTHER EQUIP. | |

ARGES: &-H-$ ___ SERV. CONT.-$ ___ OTHER - $ ___

| | |
|---|---|
| Cash Price | $26735 |
| Cash Down $ + Rebate $ = | $8000 |
| Trade-In Allowance | $ |
| Owing on Trade | $ |
| Net Trade-In | $ |
| Total Down Payment | $8000 |
| Unpaid Balance of Cash Price | $18735 |
| Total of Other Charges to be Financed | $ |
| Total Amount to be Financed for 72 mos. | $ |

INSURANCE COMPANY: ___ AGENT'S NAME: ___ PHONE NO. ( )

## TION B: APPLICANT

| Field | Entry |
|---|---|
| NAME (LAST, FIRST, MIDDLE INIT.) | Gatlin George |
| ADDRESS | 33 N. Waller 2ND FL |
| CITY, STATE, ZIP | Chicago IL 60644 |
| PHONE NO. | 379-0218 |
| E-MAIL | |
| HAVE YOU EVER FILED BANKRUPTCY? | [ ] YES [ ] NO IF YES, WHEN? |
| DATE OF BIRTH | 4/22/1958 |
| SOCIAL SECURITY NO. | 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 |
| DRIVER'S LICENSE NO. | |
| ARE YOU A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? | [ ] YES [ ] NO |
| STATE / EXPIRATION DATE | |
| NAME OF NEAREST RELATIVE NOT IN HOUSEHOLD / PHONE NO. | |
| ADDRESS, CITY, STATE, ZIP / RELATIONSHIP | |
| MORTGAGE COMPANY/LANDLORD | |
| MARKET VALUE | $ |
| MORTGAGE BALANCE | $ |
| YRS? | 10 |
| MOS? | |
| [ ] OWNING/BUYING [X] RENTING [ ] OTHER | RENTING |
| RENT/MORT. | $ 500.00 |
| PREVIOUS ADDRESS, CITY, STATE, ZIP / TIME AT PREV. RES. | |
| NAME OF ANOTHER RELATIVE NOT IN HOUSEHOLD / PHONE NO. | |
| ADDRESS, CITY, STATE, ZIP / RELATIONSHIP | |
| EMPLOYMENT: EMPLOYER'S NAME AND ADDRESS | BBC Construction |
| BUSINESS PHONE NO. | (773)823-6703 |
| OCCUPATION | Laborer |
| TIME ON JOB | 10 YRS? |
| INCOME | 202/wk |
| PREVIOUS EMPLOYER ADDRESS / OCCUPATION / TIME ON JOB | |

*Source(s) of other income: alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for repaying this obligation.*

MONTHLY INCOME: ___ SOURCE(S): ___

PRINCIPALS (To be completed if a Corporation or Partnership) TYPE OF BUSINESS: ___

| CORPORATION | NAME OF PRINCIPAL / APPLICANT | TITLE | YRS? | % OF OWNERSHIP |
|---|---|---|---|---|
| | | | | |
| | | | | |

CREDIT REFERENCES — *Include finance companies, banks, credit cards, charge accounts, suppliers. Indicate any other name(s) under which credit references and/or credit history may be verified.* OTHER NAME(S): ___

| NAME OF CREDITOR / CREDIT CARD CO. | ADDRESS, BRANCH, PHONE OR CREDIT CARD NO. | OPEN | CLOSED | DATE OPEN | HIGH | TERM | PAYMENTS | BALANCE ($) |
|---|---|---|---|---|---|---|---|---|
| | | [ ] | [ ] | | | | | |
| | | [ ] | [ ] | | | | | |
| FINANCED WITH | PREVIOUS ACCOUNT WITH CREDITOR? [ ] YES [ ] NO | [ ] | [ ] | | | | | |

SAVINGS BANK, OR CREDIT UNION: ___ BRANCH OR ADDRESS: ___ TYPE OF ACCT. [ ] CHECKING [ ] SAVINGS

*List all debts including alimony, child support, maintenance. Use separate page if needed.* $ ___ PER MO. DEBTS: ___

## TION C: JOINT APPLICANT OR OTHER PARTY

| Field | Entry |
|---|---|
| APPLICANT OR OTHER PARTY NAME (LAST, FIRST, MIDDLE INIT.) | |
| HAVE YOU EVER FILED BANKRUPTCY? | [ ] YES [ ] NO IF YES, WHEN? |
| RELATIONSHIP / DATE OF BIRTH / SOCIAL SECURITY NO. | |
| DRIVER'S LICENSE NO. | |
| ARE YOU A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? | [ ] YES [ ] NO |
| CITY, ZIP / STATE / EXPIRATION DATE | |
| PHONE NO. / E-MAIL | |
| NAME OF NEAREST RELATIVE NOT IN HOUSEHOLD / PHONE NO. | |
| MORTGAGE COMPANY/LANDLORD / MARKET VALUE / MORTGAGE BALANCE | |
| ADDRESS, CITY, STATE, ZIP / RELATIONSHIP | |
| YRS? / MOS? [ ] OWNING/BUYING [ ] RENTING [ ] OTHER | |
| RENT/MORT. | $ |
| NAME OF ANOTHER RELATIVE NOT IN HOUSEHOLD / PHONE NO. | |
| ADDRESS, CITY, STATE, ZIP / TIME AT PREV. RES. | |
| EMPLOYMENT: EMPLOYER'S NAME AND ADDRESS / BUSINESS PHONE NO. / OCCUPATION / TIME ON JOB | |
| PREVIOUS EMPLOYER NAME AND ADDRESS / OCCUPATION / TIME ON JOB | |

*Source(s) of other income: alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for repaying this obligation.*

MONTHLY INCOME: ___ SOURCE(S): ___

CREDIT REFERENCES — *Include finance companies, banks, credit cards, charge accounts, suppliers. Indicate any other name(s) under which credit references and/or credit history may be verified.* OTHER NAME(S): ___

| NAME OF CREDITOR / CREDIT CARD CO. | ADDRESS, BRANCH, PHONE OR CREDIT CARD NO. | OPEN | CLOSED | DATE OPEN | HIGH | TERM | PAYMENTS | BALANCE ($) |
|---|---|---|---|---|---|---|---|---|
| | | [ ] | [ ] | | | | | |
| | | [ ] | [ ] | | | | | |
| FINANCED WITH | PREVIOUS ACCOUNT WITH CREDITOR? [ ] YES [ ] NO | [ ] | [ ] | | | | | |

SAVINGS BANK, OR CREDIT UNION: ___ BRANCH OR ADDRESS: ___ TYPE OF ACCT. [ ] CHECKING [ ] SAVINGS

*List all debts including alimony, child support, maintenance. Use separate page if needed.* $ ___ PER MO. DEBTS: ___

## TION D: MARITAL INFORMATION STATEMENT - WISCONSIN RESIDENTS ONLY / Marital Status

| | |
|---|---|
| NAME (IF OTHER THAN CO-APPLICANT) | IS CO-APPLICANT YOUR SPOUSE? [ ] YES [ ] NO — ARE YOU MARRIED? [ ] YES [ ] NO — DATE OF MARRIAGE |
| ADDRESS | [ ] LEGALLY SEPARATED — DATE OF DECREE OF LEGAL SEPARATION |
| CITY, ZIP | [ ] UNMARRIED - THE TERM "UNMARRIED" INCLUDES SINGLE, DIVORCED OR WIDOWED PERSONS |

Married Applicants: No provision of any marital property agreement, statutory individual property classification agreement ("opt-out" agreement) under section 766.587 of the Wisconsin unilateral statement under section 766.59 of the Wisconsin Statutes, or court order under section 766.70 of the Wisconsin Statutes adversely affects the interest of the creditor unless the eceives a copy of the agreement, statement, or order or has actual knowledge of the adverse provision before extending or agreeing to extend the credit you are requesting.

marital property agreement, statutory individual property classification agreement, unilateral statement, or court order that you wish the creditor to consider in evaluating your credit n? Check the appropriate box:

[ ] Yes (If yes, provide the creditor with a copy of the agreement, statement or order.)

OF APPLICANT ___ DATE ___

AS RESIDENT: DaimlerChrysler Financial Services Americas LLC operates from the State of Texas. Any financing provided by DaimlerChrysler Financial Services Americas LLC will be on terms and conditions authorized by Texas law.

NIA RESIDENT: Applicant, if married, may apply for a separate account.

RHODE ISLAND, AND TENNESSEE RESIDENTS: You must have physical damage insurance covering loss or damage to the vehicle for the term of any contract. For a lease, you must also liability insurance as described in the lease. You may buy this insurance from anyone you choose. You do not have to buy it from or through someone affiliated with the dealer or an of this contract. Your choice of insurance will not affect the credit approval process unless the insurance does not satisfy the contract requirements or the insurance company does not e reasonable standards of the dealer or an assignee of the contract.

**AMPSHIRE RESIDENT: If you are applying for a balloon payment contract, you are entitled, if you ask, to receive a written estimate of the monthly nt amount for refinancing the balloon payment in accord with the creditor's existing refinance programs. You would be entitled to receive the te before you enter into a balloon payment contract. A balloon contract is an installment sale contract with a final scheduled payment that is at vice the amount of one of the earlier scheduled equal periodic installment payments.**

RK RESIDENT: Consumer reports may be requested in connection with this application. Upon your request, you will be informed as to whether or not a consumer report was requested and of the name and address of the consumer reporting agency that furnished the report. On any update, renewal or extension of this credit, subsequent consumer reports may be requested.

SIDENT: The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate tories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

g this application:
orize Dealer, DaimlerChrysler Financial Services Americas LLC ("Chrysler Financial"), DCFS Trust and any finance company, bank, or other financial institution to which the Dealer or er Financial submits my application ("you" or "your") to investigate my credit and employment history, obtain credit reports, and release information about your credit experience with me law permits.
ccount is created, I authorize you to obtain credit reports for the purpose of reviewing or taking collection action on the account, or for other legitimate purposes associated with the account.
y that I have read and agree to the terms of this application and that the information in it is complete and true.
orize you to start a credit investigation based on the information voluntarily provided by me which is true and correct, and reflects all my current debts. In addition, I authorize you to obtain and state records of employment and income history, including State Employment Security Agency ("SESA") records. This SESA authorization is for this transaction only and continues ct for one (1) year unless limited by state law, in which case the authorization continues in effect for the maximum period, not to exceed one (1) year, as allowed by law. A bankruptcy ding is not in progress nor expected. If the attached application is submitted in the name of a business, a current and year-end financial statement, including P&L statement, and balance may be required, audited if possible.

**HANGE FOR YOUR TIME, EFFORT, AND EXPENSE IN REVIEWING MY APPLICATION AND FOR OTHER VALUABLE CONSIDERATION, WHICH IS HEREBY ACKNOWLEDGED, I AGREE TO HE TERMS OF THE IMPORTANT <u>CONTRACT OF ARBITRATION CONTAINED ON THE REVERSE SIDE OF THIS APPLICATION FORM</u> AND ACKNOWLEDGE THAT I HAVE READ AND RSTAND ALL OF ITS TERMS.**

| OF APPLICANT | DATE | SIGNATURE OF JOINT APPLICANT / OTHER PARTY | DATE |
|---|---|---|---|
| George Gatlin | X | X | X |

EXHIBIT C

tabbies®