# G.S.A.C.
Greater Suburban Acceptance Corp.

1645 OGDEN AVENUE
DOWNERS GROVE ILLINOIS 60515
(630) 960-3315

## CREDIT CHECK

Everything stated in the application is correct to the best of my knowledge. I understand that the creditor will rely on the application in deciding whether or grant the requested credit, and the creditor will keep the application whether or not it is approved. I authorize the creditor to:

1. check my credit and employment history;
2. treat the application as an application for any available programs offered by or through the creditor for the type of credit requested, and;
3. transfer information from the application nor any credit report internally within the creditor or to any entity owned by, or affiliated by corporate control with, the creditor if the application is approved.

I also authorize the creditor to:

1. give information about this credit experience with me to others, and;
2. obtain credit reports for the administration of the credit granted and for evaluating my eligibility for other programs offered by or through the creditor or an affiliate of the creditor.

I understand that the Federal Privacy Act, or other laws, rules or regulations may prohibit your disclosure of such information without my express approval and authority. I request your cooperation with the above named corporation.

DATE:____5-2-07____          DATE:_____

x _George Matlu_____          _____
APPLICANT                        APPLICANT

**EXHIBIT**

D