# G.S.A.C.
## GREATER SUBURBAN ACCEPTANCE CORP.

1645 OGDEN AVENUE
DOWNERS GROVE, ILLINOIS 60515

TELEPHONE 630 960 3315                                      FACSIMILE 630 968 6275

## EMPLOYMENT VERIFICATION

HUMAN RESOURCES DEPARTMENT

I AUTHORIZE *GREATER SUBURBAN ACCEPTANCE CORP.* TO VERIFY MY EMPLOYMENT

CUSTOMER: x George GATLIN
PRINT NAME

x *[signature]*
SIGNATURE

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
SOCIAL SECURITY NUMBER

DATE OF HIRE: _____   DATE OF TERMINATION: _____

WEEKLY SALARY OR HOURLY RATE: $_____

POSITION/S HELD: _____

FULL TIME: _____                              PART TIME: _____

IF PART TIME, AVERAGE HOURS PER WEEK: _____

PERSON VERIFYING JOB:

NAME: _____

TITLE: _____

PLEASE COMPLETE THIS FORM AND RETURN AS SOON AS POSSIBLE VIA FACSIMILE TO 630 968 6275

THANK YOU.

LOAN PROCESSOR

This message may contain privileged or confidential information. If you are not the intended recipient of this message, you may ot make any use of, or rely in any way on, this information, and you must return this message to us at the address above.



FORM # 6