**YOUR BANKING**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.00 | 23.00 | 920.00 | 13660.00 |

TOTAL EARNINGS    920.00

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| S 03 | SOC SEC | 57.04 | 846.92 |
|  | MEDICARE | 13.34 | 198.07 |
|  | FEDERAL | 101.67 | 1,428.12 |
| S 03 | IL | 24.14 | 354.44 |

TOTAL WITHHOLDINGS    196.19    2,827.55

**ADJUSTMENTS**    AMOUNT    YTD AMOUNT

**PAY PERIOD** 04/08/07 TO 04/14/07
**CHECK DATE** 04/20/07   **CHECK #**77980

**EMPLOYER INFORMATION**
BBC CONSTRUCTION
1120 NORTH LAWNDALE
CHICAGO, IL 60651

**PERSONAL INFORMATION**
GEORGE GATLIN
733 NORTH WALLER
CHICAGO, IL 60644

SS#: xxx-xx-2947   EMPL# 000176   DEPT # 000100

Payrolls by Paychex, inc
0052 A215 0127 0128    0100

NET PAY    723.81    10832.45

$920 [handwritten]

PAID [stamp]

EXHIBIT F