91-2483 (6/06)

# :EDIT APPLICATION

☒ Standard Retail ☐ Lease
☐ Fixed Value

DEALERSHIP NAME: BILL KAY CHRYSLER

**:AD these directions :FORE completing :s Application**

- If applying for individual credit in your own name and relying only on your own income or assets for repayment of the credit requested, complete Section B.
- If applying for joint credit with another person, complete Sections B and C.
- We intend to apply for joint credit. APPLICANT ____ CO-APPLICANT ____
- If applying for individual credit, but are relying on income from alimony, child support, separate maintenance or on the income or assets of another person as the basis for repayment of the credit requested, complete Section B and provide information in Section C about the other person.
- Wisconsin residents must complete Section D.

## :CTION A: VEHICLE

| | |
|---|---|
| NEW ☐ AUCTION USED VEHICLE — MILEAGE: 18K | Cash Price ........ $26735 |
| VEHICLE IDENTIFICATION NO.: 2C3KA53G86H458101 | Cash Down $ + Rebate $ = $8000 |
| YEAR/MAKE: '06 CHRYSLER — MODEL: 300 TOURING — ENGINE | Trade-In Allowance ........ $ |
| A/C ☒ PS/PB. A/T LIST OTHER EQUIP: ANTI, ROOF, ALUM. | Owing on Trade ........ $ |
| TRADE-IN: YR. MAKE MODEL ENGINE — N/T | Net Trade-In ........ $ |
| A/C ☐ PS/PB. A/T LIST OTHER EQUIP: — MILEAGE | Total Down Payment ........ $8000 |
| OTHER CHARGES | Unpaid Balance of Cash Price ........ $18735 |
| :E/A & H-$ — SERV. CONT.-$ — OTHER - $ | Total of Other Charges to be Financed ........ $ |
| INSURANCE INFORMATION: INSURANCE COMPANY — AGENT'S NAME — PHONE NO. ( ) | Total Amount to be Financed for 72 mos. $ |

## :CTION B: APPLICANT

| | |
|---|---|
| APPLICANT'S NAME (LAST, FIRST, MIDDLE INIT.): Gatlin George | HAVE YOU EVER FILED BANKRUPTCY? ☐ YES ☐ NO IF YES, WHEN? / / |
| ADDRESS: 133 N. Waller 2ND FL. | DATE OF BIRTH: 4/22/1958 — SOCIAL SECURITY NO.: 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 |
| CITY, STATE, ZIP: Chicago IL 60644 | DRIVER'S LICENSE NO. — ARE YOU A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? ☐ YES ☐ NO |
| HOME PHONE NO.: (773) 379-0218 — E-MAIL | STATE — EXPIRATION DATE |
| MORTGAGE COMPANY/LANDLORD — MARKET VALUE $ — MORTGAGE BALANCE $ | NAME OF NEAREST RELATIVE NOT IN HOUSEHOLD — PHONE NO. ( ) |
| TIME AT: YRS? 10 MOS? — ☐ OWNING/BUYING ☐ OTHER ☒ RENTING — RENT/MORT. $ 500.00 | ADDRESS, CITY, STATE, ZIP — RELATIONSHIP |
| PREVIOUS ADDRESS, CITY, STATE, ZIP — TIME AT PREV. RES. YRS? MOS? | NAME OF ANOTHER RELATIVE NOT IN HOUSEHOLD — PHONE NO. ( ) |
| EMPLOYMENT: EMPLOYER'S NAME AND ADDRESS: DBC Construction | ADDRESS, CITY, STATE, ZIP — RELATIONSHIP |
| MONTHLY INCOME: 3902/mo — EMPLOYER ADDRESS | BUSINESS PHONE NO.: (773) 823-6703 — OCCUPATION: Laborer — TIME ON JOB YRS? 10 MOS? |
| | OCCUPATION — TIME ON JOB YRS? MOS? |

OTHER INCOME: Source(s) of other income: alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for repaying this obligation.

ADDITIONAL MONTHLY INCOME — SOURCE(S):

PRINCIPALS (To be completed if a Corporation or Partnership) — TYPE OF BUSINESS

| STATE OF INCORPORATION | NAME OF PRINCIPAL / APPLICANT | TITLE | YRS? | % OF OWNERSHIP |
|---|---|---|---|---|
| STATE OF INCORPORATION | NAME OF PRINCIPAL / APPLICANT | TITLE | YRS? | % OF OWNERSHIP |

CREDIT REFERENCES — Include finance companies, banks, credit cards, charge accounts, suppliers. Indicate any other name(s) under which credit references and/or credit history may be verified. OTHER NAME(S):

| NAME OF CREDITOR / CREDIT CARD CO. | ADDRESS, BRANCH, PHONE OR CREDIT CARD NO. | OPEN | CLOSED | DATE OPEN | HIGH | TERM | PAYMENTS | BALANCE ($) |
|---|---|---|---|---|---|---|---|---|
| | | ☐ | ☐ | | | | | |
| | | ☐ | ☐ | | | | | |
| LAST CAR FINANCED / LEASED WITH | PREVIOUS ACCOUNT WITH CREDITOR? ☐ YES ☐ NO | ☐ | ☐ | | | | | |

CHECKING, SAVINGS BANK, OR CREDIT UNION — BRANCH OR ADDRESS — TYPE OF ACCT. ☐ CHECKING ☐ SAVINGS

DEBTS: List all debts including alimony, child support, separate maintenance. Use separate page if needed. $ PER MO. DEBTS:

## :CTION C: JOINT APPLICANT OR OTHER PARTY

| | |
|---|---|
| JOINT APPLICANT OR OTHER PARTY NAME (LAST, FIRST, MIDDLE INIT.) | HAVE YOU EVER FILED BANKRUPTCY? ☐ YES ☐ NO IF YES, WHEN? / / |
| | RELATIONSHIP — DATE OF BIRTH — SOCIAL SECURITY NO. |
| ADDRESS | DRIVER'S LICENSE NO. — ARE YOU A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? ☐ YES ☐ NO |
| CITY, STATE, ZIP | STATE — EXPIRATION DATE |
| HOME PHONE NO. ( ) — E-MAIL | NAME OF NEAREST RELATIVE NOT IN HOUSEHOLD — PHONE NO. ( ) |
| MORTGAGE COMPANY/LANDLORD — MARKET VALUE — MORTGAGE BALANCE | ADDRESS, CITY, STATE, ZIP — RELATIONSHIP |
| TIME AT: YRS? MOS? — ☐ OWNING/BUYING ☐ OTHER ☐ RENTING — RENT/MORT. $ | NAME OF ANOTHER RELATIVE NOT IN HOUSEHOLD — PHONE NO. ( ) |
| PREVIOUS ADDRESS, CITY, STATE, ZIP — TIME AT PREV. RES. YRS? MOS? | ADDRESS, CITY, STATE, ZIP — RELATIONSHIP |
| EMPLOYMENT: EMPLOYER'S NAME AND ADDRESS | BUSINESS PHONE NO. ( ) — OCCUPATION — TIME ON JOB YRS? MOS? |
| MONTHLY INCOME — PREVIOUS EMPLOYER NAME AND ADDRESS | OCCUPATION — TIME ON JOB YRS? MOS? |

OTHER INCOME: Source(s) of other income: alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for repaying this obligation.

ADDITIONAL MONTHLY INCOME — SOURCE(S):

CREDIT REFERENCES — Include finance companies, banks, credit cards, charge accounts, suppliers. Indicate any other name(s) under which credit references and/or credit history may be verified. OTHER NAME(S):

| NAME OF CREDITOR / CREDIT CARD CO. | ADDRESS, BRANCH, PHONE OR CREDIT CARD NO. | OPEN | CLOSED | DATE OPEN | HIGH | TERM | PAYMENTS | BALANCE ($) |
|---|---|---|---|---|---|---|---|---|
| | | ☐ | ☐ | | | | | |
| | | ☐ | ☐ | | | | | |
| LAST CAR FINANCED / LEASED WITH | PREVIOUS ACCOUNT WITH CREDITOR? ☐ YES ☐ NO | ☐ | ☐ | | | | | |

CHECKING, SAVINGS BANK, OR CREDIT UNION — BRANCH OR ADDRESS — TYPE OF ACCT. ☐ CHECKING ☐ SAVINGS

DEBTS: List all debts including alimony, child support, separate maintenance. Use separate page if needed. $ PER MO. DEBTS:

## :CTION D: MARITAL INFORMATION STATEMENT - WISCONSIN RESIDENTS ONLY / Marital Status

| | |
|---|---|
| SPOUSE'S NAME (IF OTHER THAN CO-APPLICANT) | IS CO-APPLICANT YOUR SPOUSE? ☐ YES ☐ NO — ARE YOU MARRIED? ☐ YES ☐ NO — DATE OF MARRIAGE |
| SPOUSE'S ADDRESS | ☐ LEGALLY SEPARATED — DATE OF DECREE OF LEGAL SEPARATION |
| CITY, STATE, ZIP | ☐ UNMARRIED - THE TERM "UNMARRIED" INCLUDES SINGLE, DIVORCED OR WIDOWED PERSONS |

Notice to Married Applicants: No provision of any marital property agreement, statutory individual property classification agreement ("opt-out" agreement) under section 766.587 of the Wisconsin Statutes, unilateral statement under section 766.59 of the Wisconsin Statutes, or court order under section 766.70 of the Wisconsin Statutes adversely affects the interest of the creditor unless the creditor receives a copy of the agreement, statement, or order or has actual knowledge of the adverse provision before extending or agreeing to extend the credit you are requesting.

Is there a marital property agreement, statutory individual property classification agreement, unilateral statement, or court order that you wish the creditor to consider in evaluating your credit application? Check the appropriate box:

☐ Yes (If yes, provide the creditor with a copy of the agreement, statement or order.)

SIGNATURE OF APPLICANT — DATE

**TEXAS RESIDENT:** DaimlerChrysler Financial Services Americas LLC operates from the State of Texas. Any financing provided by DaimlerChrysler Financial Services Americas LLC will be provided on terms and conditions authorized by Texas law.

**CALIFORNIA RESIDENT:** Applicant, if married, may apply for a separate account.

**MAINE, RHODE ISLAND, AND TENNESSEE RESIDENTS:** You must have physical damage insurance covering loss or damage to the vehicle for the term of any contract. For a lease, you must also have the liability insurance as described in the lease. You may buy this insurance from anyone you choose. You do not have to buy it from or through someone affiliated with the dealer or an assignee of this contract. Your choice of insurance will not affect the credit approval process unless the insurance does not satisfy the contract requirements or the insurance company does not meet the reasonable standards of the dealer or an assignee of the contract.

**NEW HAMPSHIRE RESIDENT:** If you are applying for a balloon payment contract, you are entitled, if you ask, to receive a written estimate of the monthly payment amount for refinancing the balloon payment in accord with the creditor's existing refinance programs. You would be entitled to receive the estimate before you enter into a balloon payment contract. A balloon contract is an installment sale contract with a final scheduled payment that is at least twice the amount of one of the earlier scheduled equal periodic installment payments.

**NEW YORK RESIDENT:** Consumer reports may be requested in connection with this application. Upon your request, you will be informed as to whether or not a consumer report was requested and informed of the name and address of the consumer reporting agency that furnished the report. On any update, renewal or extension of this credit, subsequent consumer reports may be requested.

**OHIO RESIDENT:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

By signing this application:

I authorize Dealer, DaimlerChrysler Financial Services Americas LLC ("Chrysler Financial"), DCFS Trust and any finance company, bank, or other financial institution to which the Dealer or Chrysler Financial submits my application ("you" or "your") to investigate my credit and employment history, obtain credit reports, and release information about your credit experience with me as the law permits.

If an account is created, I authorize you to obtain credit reports for the purpose of reviewing or taking collection action on the account, or for other legitimate purposes associated with the account.

I certify that I have read and agree to the terms of this application and that the information in it is complete and true.

I authorize you to start a credit investigation based on the information voluntarily provided by me which is true and correct, and reflects all my current debts. In addition, I authorize you to obtain federal and state records of employment and income history, including State Employment Security Agency ("SESA") records. This SESA authorization is for this transaction only and continues in effect for one (1) year unless limited by state law, in which case the authorization continues in effect for the maximum period, not to exceed one (1) year, as allowed by law. A bankruptcy proceeding is not in progress nor expected. If the attached application is submitted in the name of a business, a current and year-end financial statement, including P&L statement, and balance sheet may be required, audited if possible.

IN EXCHANGE FOR YOUR TIME, EFFORT, AND EXPENSE IN REVIEWING MY APPLICATION AND FOR OTHER VALUABLE CONSIDERATION, WHICH IS HEREBY ACKNOWLEDGED, I AGREE TO ALL THE TERMS OF THE IMPORTANT <u>CONTRACT OF ARBITRATION CONTAINED ON THE REVERSE SIDE OF THIS APPLICATION FORM</u> AND ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND ALL OF ITS TERMS.

| SIGNATURE OF APPLICANT | DATE | SIGNATURE OF JOINT APPLICANT / OTHER PARTY | DATE |
|---|---|---|---|
| George Gatlin (signature) | X | X | X |

EXHIBIT H