# INSURANCE BINDER

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT

Binder No. UMU001104415

**Name and Address of Agency**
Sun Valley Insurance Inc.
6043 W. North Avenue
Oak Park, Illinois 60302
(708) 848-4479

**Company**
United Automobile Insurance Co.
(708) 848-4479
Effective Date 05/04/2007
Expiration Date 01/20/2008

☐ 12:01 AM ☐ Noon

☐ This binder is issued to extend coverage in the above named company per existing policy # UMU001104415

**Name and Mailing Address of Insured**
Gatlin, George
220 Highpoint Dr. #105
P.O. Box#5333 Forest Pk. Il. 60305
Romeoville, IL 60446

**Description of Operation/Vehicles/Property**
2006 Chrysler 300 Touring #2C3KA53G86H458101

## PROPERTY

| Type and Location of Property | Coverage/Perils/Forms | Amt of Insurance | Ded | Coins % |
|---|---|---|---|---|
| | | | | |

## LIABILITY

| Type of Insurance | Coverage/Forms | Limits of Liability | |
|---|---|---|---|
| | | Each Occurance | Aggregate |
| ☐ Scheduled Form ☐ Comprehensive Form | | Bodily Injury | |
| ☐ Premises/Operations | | Property Damage | |
| ☐ Products/Completed Operations | | Bodily Injury Property Damage Combined | |
| ☐ Contractual | | | |
| ☐ Other (specify below) | | | |
| ☐ Med Pay   Per Person   Per Accident ☐A ☐B ☐C | | Personal Injury | |
| ☐ Personal Injury | | | |

## AUTOMOBILE

| | | Limits of Liability | |
|---|---|---|---|
| ☐ Liability ☐ Non-owned ☐ Hired | | | |
| ☑ Comprehensive-Deductible 500 | | Bodily Injury (each person) | 20,000 |
| ☑ Collision-Deductible 500 | | Bodily Injury (each accident) | 40,000 |
| ☑ Medical Payments 1,000 | | Property Damage | 15,000 |
| ☑ Uninsured Motorist 20/40,000 | | Bodily Injury Property Damage Combined | |
| ☐ No Fault (specify) | | | |
| ☐ Other (specify) | | | |

☐ WORKER'S COMPENSATION - Statutory Limits (specify states below)   ☐ EMPLOYER'S LIABILITY - Limit

**SPECIAL CONDITIONS/OTHER COVERAGES**

Name and Address of   ☐ Mortgagee   ☐ Loss Payee   ☐ Add'l Insured   Loan Number
TO BE ASSIGNED

Signature of Authorized Representative   Date 05/04/2007

**EXHIBIT I**