IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| George Gatlin,<br>    Plaintiff,<br><br>v.<br><br>P.O. A. Criscione, Star #16195,<br>P.O. S. Mulkerrin, Star # 17071,<br>Anthony Caputo, individually, and<br>The City of Chicago, S&H Towing,<br>and Bill Kay Chrysler,<br>    Defendants. | )<br>)<br>)<br>)<br>) No. 07 C 7212<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

To: Edward M. Fox
   Ed Fox & Associates
   300 W. Adams, Suite 330
   Chicago, Illinois 60606

  **PLEASE TAKE NOTICE** that on February 21, 2008 I electronically filed the attached **Bill Kay Chrysler's Reply Memorandum In Support Of Its Motion To Stay And Compel Arbitration**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

               Bill Kay Chrysler, Inc.,
                Defendant,


              By: S/Stuart D. Gordon
                One of its Attorneys

Stuart D. Gordon
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois 60606
(312) 377-4450

**CERTIFICATE OF SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

  I, Sydette Macklis, a non-attorney, duly sworn on oath, state that I caused the service of the above-referenced document(s) electronically using the Electronic Case Filing system for the United States District Court for the Northern District of Illinois on February 21, 2008.

               S/Sydette Macklis