UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: Number | 07 C 7212 |
|---|---|---|

GEORGE GATLIN  Plaintiff,        Honorable Judge Lefkow

v.

CITY OF CHICAGO et at., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
City of Chicago

SIGNATURE
/S/ TIFFANY Y. HARRIS

FIRM    City of Chicago, Corporation Counsel

STREET ADDRESS    30 N. LaSalle St., Suite 1400

CITY/STATE/ZIP    Chicago, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6238533 | 312.744.2837 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES x    NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES    NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES X    NO

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES  X       NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL    APPOINTED COUNSEL