IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **GEORGE GATLIN ,** | ) | NO. 07 C 7212 |
| | ) | |
| **Plaintiff,** | ) | JUDGE LEFKOW |
| v. | ) | MAGISTRATE JUDGE COLE |
| **CITY OF CHICAGO, et.al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

To:   Edward Fox
      Ed Fox & Associates
      300 West Adams Street Suite 330
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' AND CITY OF CHICAGO'S ANSWER.**

**DATED** at Chicago, Illinois March 7, 2008.

Respectfully submitted,

____*/s/ Tiffany Y. Harris*_____
TIFFANY Y. HARRIS Assistant Corporation
Counsel 30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602 (312) 744-5890
ATTORNEY . 6238533

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, March 7, 2008, I electronically filed **Notice of Filing - Defendant Officers' and City of Chicago's Answer to Plaintiff's Complaint** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all attorneys of record in this case.



      /s/Tiffany Y. Harris
      TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400 Chicago,
IL 60602 (312)
744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org