**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, S&H TOWING, and | ) | |
| BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

**NOTICE OF MOTION**

To:  **Tiffany Yvette Harris**          **Stuart David Gordon**
City of Chicago Law Department          Gordon & Karr LLP
30 North LaSalle Street                 150 North Wacker Drive
Suite 1400                              Suite 1650
Chicago, IL 60602                       Chicago, IL 60606

   PLEASE TAKE NOTICE, that on **April 22, 2008 at 9:30 AM**. I shall appear before Judge Lefkow in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.**

                                        /s/    Leslie C. McCoy
                                        Leslie C. McCoy
                                        ED FOX & ASSOCIATES.
                                        300 West Adams, Suite 330
                                        Chicago, IL 60606
                                        (312) 345-8877