IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, S&H TOWING, and | ) | |
| BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF MOTION

To: **Tiffany Yvette Harris**          **Stuart David Gordon**
City of Chicago Law Department   Gordon & Karr LLP
30 North LaSalle Street                150 North Wacker Drive
Suite 1400                                    Suite 1650
Chicago, IL 60602                         Chicago, IL 60606

　　　PLEASE TAKE NOTICE, that on **April 22, 2008 at 9:30 AM**. I shall appear before Judge Lefkow in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT CAPUTO.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/    Leslie C. McCoy
　　　　　　　　　　　　　　　　　　　　　　　　　Leslie C. McCoy
　　　　　　　　　　　　　　　　　　　　　　　　　ED FOX & ASSOCIATES.
　　　　　　　　　　　　　　　　　　　　　　　　　300 West Adams, Suite 330
　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　　　(312) 345-8877