# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7212 | **DATE** | 4/22/2008 |
| **CASE TITLE** | Gatlin vs. Criscione, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for extension of time of an additional 60 days to serve defendant Anthony Caputo [29] is granted. Plaintiff's agreed motion for leave to file an amended complaint to add Illinois Solution Group as a defendant and terminate S&H Towing as a defendant [27] is granted. Plaintiff shall file an amended complaint reflecting these changes with the Clerk.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|