IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| George Gatlin, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07 C 7212 |
| P.O. A. Criscione, Star #16195, | ) | |
| P.O. S. Mulkerrin, Star # 17071, | ) | Honorable Joan Humphrey Lefkow |
| Anthony Caputo, individually, and | ) | |
| The City of Chicago, S&H Towing, | ) | |
| and Bill Kay Chrysler, | ) | |
|         Defendants. | ) | |

**NOTICE OF MOTION**

To:   Edward M. Fox
      Ed Fox & Associates
      300 W. Adams, Suite 330
      Chicago, Illinois  60606

     On May 20, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan Humphrey Lefkow, or any judge sitting in her stead, in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Ogden Chrysler Plymouth, Inc.'s Motion for Leave to Adopt its Motion to Stay and Compel the Arbitration of the Claims in Plaintiff's Complaint, as Its Motion to Stay and Compel Arbitration of the Amended Complaint.**

                                          Bill Kay Chrylser,
                                            Defendant,


                                         By:  s/ Stuart D. Gordon
                                                One of its Attorneys

Stuart D. Gordon
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois 60606
(312) 377-4450

**CERTIFICATE OF SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

      I, Stuart D. Gordon, an attorney, duly sworn on oath, state that I caused the service of the above-referenced document(s) electronically using the Electronic Case Filing system for the United States District Court for the Northern District of Illinois on May 5, 2008/

                                      S/Stuart D. Gordon