# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

George Gatlin

                Plaintiff,

v.

A. Criscione, et al.

                Defendant.

Case No.: 1:07−cv−07212
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Defendant Ogden Chrysler Plymouth, Inc.'s motion for leave to adopt its motion to stay and compel the arbitration of the claims in plaintiff's complaint, as its motion to stay and compel arbitration of the amended complaint [33] is granted. Motion hearing date of 5/20/2008 stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.