**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, S&H TOWING, and | ) | |
| BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

**NOTICE OF MOTION**

To:    Tiffany Yvette Harris           Stuart David Gordon
       City of Chicago Law Department   Gordon & Karr LLP
       30 North LaSalle Street           150 North Wacker Drive
       Suite 1400                           Suite 1650
       Chicago, IL 60602              Chicago, IL 60606

    PLEASE TAKE NOTICE, that on **July 1, 2008 at 9:30 AM**. I shall appear before Judge Lefkow in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT CAPUTO.**

                                                      /s/    Leslie C. McCoy
                                                         Leslie C. McCoy
                                                         ED FOX & ASSOCIATES.
                                                         300 West Adams, Suite 330
                                                         Chicago, IL 60606
                                                         (312) 345-8877