## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7212 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Gatlin vs. Criscione, et al. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, motion of Bill Kay Chrysler to stay and compel arbitration [12] is granted. However, the arbitration is stayed until plaintiff's nonarbitrable claims have been resolved by the court.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|