## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7212 | **DATE** | 7/10/2008 |
| **CASE TITLE** | George Gatlin vs. A. Criscione, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/26/2008 at 9:30 a.m. Defendant Bill Kay Chrysler's Motion to Stay and Compel Arbitration [12] is granted; however, the arbitration is stayed until Gatlin's nonarbitrable claims have been resolved by the Court. Plaintiff reports that he intends to file a motion for default against Anthony Caputo. Plaintiff is directed to serve defendant Anthony Caputo by 8/26/2008. Enter Memorandum and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

FILED
2008 JUL 11 PM 6:02
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | SB |
|---|---|---|