**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, ILLINOIS SOLUTION | ) | |
| GROUP, and BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

**NOTICE OF MOTION**

To:  **Tiffany Yvette Harris**      **Stuart David Gordon**
City of Chicago Law Department      Gordon & Karr LLP
30 North LaSalle Street      150 North Wacker Drive
Suite 1400      Suite 1650
Chicago, IL 60602      Chicago, IL 60606

PLEASE TAKE NOTICE, that on **July 31, 2008 at 9:30 AM**. I shall appear before Judge Lefkow in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT ILLINOIS SOLUTION GROUP.**

　　　　　　　　　　　　　　　　　　　　　/s/     Leslie C. McCoy
　　　　　　　　　　　　　　　　　　　　　Leslie C. McCoy
　　　　　　　　　　　　　　　　　　　　　ED FOX & ASSOCIATES.
　　　　　　　　　　　　　　　　　　　　　300 West Adams, Suite 330
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　(312) 345-8877