IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, ILLINOIS SOLUTION | ) | |
| GROUP, and BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF MOTION

To: **Tiffany Yvette Harris**  **Stuart David Gordon**
City of Chicago Law Department  Gordon & Karr LLP
30 North LaSalle Street  150 North Wacker Drive
Suite 1400  Suite 1650
Chicago, IL 60602  Chicago, IL 60606

**Illinois Solution Group**
9851 S. 78th Avenue
Hickory Hills, IL 60457

PLEASE TAKE NOTICE, that on **August 6, 2008 at 8:30 AM.** I shall appear before Magistrate Judge Cole in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA.**

/s/   Leslie C. McCoy
Leslie C. McCoy
ED FOX & ASSOCIATES.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877