## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07cv7212    Assigned/Issued By: j. n.

Judge Name: _____    Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
  ☐ IFP   ☐ No Fee   ☐ Other _____
  ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons    ✓ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
    _____
    *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets    ☐ Other
☐ Writ _____    _____
  *(Type of Writ)*    _____
    *(Type of issuance)*

  1   Original and   1   copies on   8-4-08   as to   illinois solution group  
                    *(Date)*