# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7212 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Gaitlin vs. Criscione, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to compel compliance with subpoena [49] is granted. The plaintiff's motion for an extension of time of sixty days to serve Defendant Caputo is granted. Plaintiff is awarded fees for the time incurred in being here today and in making this motion to compel [49] subject to filing the fee petition by 8/18/08. Any response shall be due 8/25/08.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|