IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, ILLINOIS SOLUTION | ) | |
| GROUP, and BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF FILING

To:   **Tiffany Yvette Harris**          **Stuart David Gordon**
      City of Chicago Law Department     Gordon & Karr LLP
      30 North LaSalle Street            150 North Wacker Drive
      Suite 1400                         Suite 1650
      Chicago, IL 60602                  Chicago, IL 60606

      **Illinois Solution Group**
      9851 S. 78th Avenue
      Hickory Hills, IL 60457

   **PLEASE TAKE NOTICE** that on August 18, 2008, the undersigned electronically filed with the Clerk of this Court, the **PLAINTIFF'S MOTION FOR FEES AND COSTS** service of which is being made upon you.

                                          s/Leslie C. McCoy
                                          Leslie C. McCoy

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## CERTIFICATE OF SERVICE

   I hereby certify that on August 18, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                          s/Leslie C. McCoy
                                          Leslie C. McCoy