| | | | |
|---|---|---|---|
| **ClientCaseID:** LESLIE C MCCOY |  | **CaseReturnDate:** 9/3/08 | |
| **Law Firm ID:** FOXED | | Affidavit of Special Process Server | |

## UNITED STATES DISTRICT COURT

Case Number

**I, CRAIG PALMER**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **ILLINOIS SOLUTION GROUP**
PERSON SERVED **CHARLES DOBRA, REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **8/6/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE   **Race** WHITE   **Age** 60
**Height** 6'0"   **Build** AVERAGE   **Hair** SALT & PEPPER

**LOCATION OF SERVICE**   **675 E IRVING PARK RD. SUITE 100 ROSELLE, IL, 60172**

Date Of Service  8/6/08     Time of Service  2:05 PM

CRAIG PALMER                                             8/7/2008
**Special Process Server**
P.E.R.C# 129-303833

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

**Total:** $55.00

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, ILLINOIS SOLUTION | ) | |
| GROUP, and BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF FILING

To:   **Tiffany Yvette Harris**          **Stuart David Gordon**
City of Chicago Law Department     Gordon & Karr LLP
30 North LaSalle Street            150 North Wacker Drive
Suite 1400                         Suite 1650
Chicago, IL 60602                  Chicago, IL 60606

**PLEASE TAKE NOTICE** that on August 26, 2008, the undersigned electronically filed with the Clerk of this Court, the **AFFIDAVIT OF SERVICE OF SUMMONS and COMPLAINT** service of which is being made upon you.

s/Leslie C. McCoy
Leslie C. McCoy

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

### CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

s/Leslie C. McCoy
Leslie C. McCoy