IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, ILLINOIS SOLUTION | ) | |
| GROUP, and BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT
AGAINST DEFENDANT ILLINOIS SOLUTION GROUP**

NOW COME the Plaintiff, George Gatlin, by and through their attorneys of record, Ed Fox & Associates, and respectfully move this Court to enter a judgment by default against Defendant Illinois Solution Group. In support of this motion, Plaintiffs state as follows:

1. This is a Section 1983 case with two state supplemental claims alleged against Defendant Illinois Solutions Group: Count V for False Arrest and Count VII for Malicious Prosecution. Illinois Solutions Group is alleged to be liable for the acts of Defendant Caputo pursuant to the doctrine of *respondeat superior*.

2. Plaintiff filed his First Amended Complaint adding Illinois Solution Group as a defendant on April 29, 2008.

3. Plaintiffs mailed Defendant Illinois Solution Group a request for waiver of service of summons on April 30, 2008. Defendant did not claim the waiver, which was sent via certified mail.

1

4. Plaintiff then proceeded with service under Rule 4 and served Defendant Illinois Solution Group with Summons on May 30, 2008, which is attached hereto as Exhibit A. Plaintiff moved for default judgment after defendant failed to answer, however, the Court did not consider the person served to be the proper agent to effectuate service on the Defendant.

5. Plaintiff served Defendant Illinois Solution Group with Summons again on August 6, 2008, which is attached hereto as Exhibit B. The person served is Charles Dobra, Registered Agent.

7. Defendant Illinois Solution Group has not answered the Complaint and/or otherwise pled. It has been over 20 days since Defendant Illinois Solution Group was served with summons.

8. Therefore, pursuant to Federal Rule of Civil Procedure 55, Plaintiffs move this Court to enter a judgment by default against Defendant Illinois Solution Group.

WHEREFORE, the Plaintiff, GEORGE GATLIN, by and through his attorneys of record, Ed Fox & Associates, respectfully move this Court to enter a judgment by default against Defendant Illinois Solution Group.

Respectfully submitted,

/s/   Leslie C. McCoy
Leslie C. McCoy
ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 W. Adams Street
Suite 330
Chicago, Illinois 60606
(312) 345-8877

# EXHIBIT A

Case 1:07-cv-07212     Document 58     Filed 09/11/2008     Page 3 of 8

RECEIVED JUN 0 9 2008

| | | |
|---|---|---|
| **ClientCaseID:** |  | **CaseReturnDate:** 6/29/08 |
| **Law Firm ID:** FOXED | | Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **07C7212**

**I, CRAIG PALMER**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **ILLINOIS SOLUTION GROUP**
PERSON SERVED **EILEEN POWERS, LEGAL ASSISTANT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **6/5/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

| Sex | FEMALE | Race | WHITE | Age | 50 |
|---|---|---|---|---|---|
| Height | 5'7" | Build | MEDIUM | Hair | BROWN |

**LOCATION OF SERVICE** **675 E IRVING PARK RD 100 ROSELLE, IL, 60172**

Date Of Service   6/5/08          Time of Service   9:20 AM

_____
CRAIG PALMER                                              6/5/2008
**Special Process Server**
P.E.R.C# 129-303833

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GEORGE GATLIN

V.

P.O. Officer Criscione, Star No. 16195, et al.

CASE NUMBER: 07 C 7212

ASSIGNED JUDGE: Lefkow

DESIGNATED MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

Illinois Solution Group r/a: Charles WM Dobra registered agent
~~Charles WM Dobra, registered agent of Illinois Solution Group.~~
675 E. Irving Park Rd, Suite 100
Roselle, IL 60172

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leslie C. McCoy
Ed Fox & Associates
300 W. Adams, Suite 330
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_Esperanza Arnold_
(By) DEPUTY CLERK

MAY 30 2008
DATE

**EXHIBIT B**

| | | |
|---|---|---|
| ClientCaseID: LESLIE C MCCOY<br>Law Firm ID: FOXED | <br>*194543A* | CaseReturnDate: 9/3/08<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number

**I, CRAIG PALMER**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT ILLINOIS SOLUTION GROUP
PERSON SERVED CHARLES DOBRA, REGISTERED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 8/6/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

Sex  MALE    Race  WHITE    Age  60
Height  6'0"    Build  AVERAGE    Hair  SALT & PEPPER

LOCATION OF SERVICE  **675 E IRVING PARK RD. SUITE 100**
**ROSELLE, IL, 60172**

Date Of Service  8/6/08    Time of Service  2:05 PM

CRAIG PALMER    8/7/2008
**Special Process Server**
P.E.R.C# 129-303833

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:    $55.00

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, ILLINOIS SOLUTION | ) | |
| GROUP, and BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF FILING

To: **Tiffany Yvette Harris**  **Stuart David Gordon**
City of Chicago Law Department  Gordon & Karr LLP
30 North LaSalle Street  150 North Wacker Drive
Suite 1400  Suite 1650
Chicago, IL 60602  Chicago, IL 60606

**PLEASE TAKE NOTICE** that on August 26, 2008, the undersigned electronically filed with the Clerk of this Court, the **AFFIDAVIT OF SERVICE OF SUMMONS and COMPLAINT** service of which is being made upon you.

s/Leslie C. McCoy
Leslie C. McCoy

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

s/Leslie C. McCoy
Leslie C. McCoy