IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7212 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| P.O. A. CRISCIONE, Star #16195, | ) | Magistrate Judge Cole |
| P.O. S. MULKERRIN, Star #17071, | ) | |
| ANTHONY CAPUTO, individually, and THE | ) | |
| CITY OF CHICAGO, ILLINOIS SOLUTION | ) | |
| GROUP, and BILL KAY CHRYSLER | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF MOTION

To:  **Tiffany Yvette Harris**            **Stuart David Gordon**
City of Chicago Law Department    Gordon & Karr LLP
30 North LaSalle Street                    150 North Wacker Drive
Suite 1400                                         Suite 1650
Chicago, IL 60602                            Chicago, IL 60606

**Illinois Solution Group**
9851 S. 78th Avenue
Hickory Hills, IL 60457

PLEASE TAKE NOTICE, that on **September 16, 2008 at 9:30 AM .** I shall appear before Judge Lefkow in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT ILLINOIS SOLUTION GROUP.**

                                                              /s/     Leslie C. McCoy
                                                              Leslie C. McCoy
                                                              ED FOX & ASSOCIATES.
                                                              300 West Adams, Suite 330
                                                              Chicago, IL 60606
                                                              (312) 345-8877